UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-03705 WLH (DSR) Date: July 6, 2026

Title E.R.F., et al. v. Salazar, et al.

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER REQUESTING RESPONSE FROM RESPONDENTS TO PETITIONERS' APPLICATION TO PROCEED BY PSEUDONYM**

Concurrently with their Petition for Writ of Habeas Corpus in the above-captioned matter on July 2, 2026, Petitioners filed an Application to Proceed by Pseudonym (Doc. No. 4). Respondents' Answer to the underlying Petition is due pursuant to the briefing schedule set out in General Order 26-05, see Doc. No. 7, but there is presently no due date for a response to the Application to Proceed by Pseudonym. Petitioners' counsel indicates that he attempted to obtain Respondents' position on the pseudonym issue but was unable to do so before filing the Application. The Court therefore requests that Respondents file, no later than July 9, 2026, a response to the Application to Proceed by Pseudonym, stating whether they agree to Petitioners' request in that regard, or if they object, the basis for such objection.

**IT IS SO ORDERED.**

:

**Initials of Preparer** LK