UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-3705-DSR Date: September 15, 2026

Title E.R.F., et al. v. Angie Salazar, et al.

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER SETTING STATUS CONFERENCE ON HABEAS PETITION**

Petitioners in this case are four unaccompanied minors who filed a Petition for Writ of Habeas Corpus on July 2, 2026, seeking a writ compelling Respondents to immediately release them to their sponsors. See Doc. No. 1. Respondents filed an Answer on July 16, 2026 (see Doc. No. 20), and Petitioners filed their Reply on July 20, 2026. See Doc. No. 21. On August 6, 2026, Petitioners voluntarily consented to have a Magistrate Judge conduct all further proceedings in this case, including trial and entry of judgment, and pursuant to General Order 26-05, the matter became fully consented to on August 18, 2026. See Doc. Nos. 23, 25, 26.

On August 14, 2026, Petitioners filed a Notice stating that two of the minors, Petitioners E.R.F. and K.R.M., were released from Office of Refugee Resettlement ("ORR") custody since the filing of this Petition. See Doc. No. 24. The status of the remaining Petitioners and Respondents' efforts to place them is unknown, however.

The Court therefore will conduct a status conference in this case on September 30, 2026, at 10:00 a.m. in Courtroom 690 of the Roybal Federal Building and Courthouse. Counsel for all parties must attend and be prepared to discuss (1) why the Petition should or should not be dismissed as moot as to Petitioners E.R.F. and K.R.M. in light of the fact that they reportedly are

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-3705-DSR Date: September 15, 2026

Title E.R.F., et al. v. Angie Salazar, et al.

no longer in ORR custody, and (2) the status of the remaining Petitioners (E.I.C.R. and F.G.M.S.), including the status of Respondents' efforts to place them with sponsors.

IT IS SO ORDERED.

:

**Initials of Preparer** LK