UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-3705 DSR Date: October 16, 2026

Title **E.R.F., et al. v. Angie Salazar, et al.**

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): None present | Attorneys Present for Defendant(s)/Respondent(s): None present |
|---|---|

**Proceedings:** (IN CHAMBERS) **ORDER REQUESTING UPDATED JOINT STATUS REPORT**

At the September 30, 2026, hearing on the matter, the Court conferred with the parties as to the status of Petitioner F.G.M.S.'s unification with the proposed sponsor and release from ORR custody. See Doc. No. 31. The Court requested supplemental briefing from the parties regarding "(1) the legal basis for ORR's requirement that the household member provide a state-issued identification card; and (2) the factual status of that household member's application for that identification card." Id.

On October 5, 2026, the Parties submitted their respective supplemental briefs in which they both represented that the household member in question submitted his application for a New York City Identification card on September 29, 2026. See Respondents' Supp. Brief (Doc. No. 32) at 6:1-2; Pet.'s Supp. Brief (Doc. No. 33) at 11:21-22. Additionally, both Parties stated that the anticipated processing time for the identification card application would be between 10 and 15 days. See Respondents' Supp. Brief at 6:4-5; Pet.'s Supp. Brief at 11:23-24.

The Parties are ordered to file a joint status report, **no later than October 21, 2026**, updating the Court on whether the household member has obtained the necessary state identification in this matter and what, if any, additional steps are required before Petitioner F.M.G.S. can be placed in the home of the proposed sponsor.

**IT IS SO ORDERED.**

:

**Initials of Preparer** LK