UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-3705 DSR Date: October 21, 2026

Title **E.R.F., et al. v. Angie Salazar, et al.**

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): None present | Attorneys Present for Defendant(s)/Respondent(s): None present |
|---|---|

**Proceedings:** (IN CHAMBERS) **ORDER CONFIRMING VOLUNTARY DISMISSAL OF CASE BY STIPULATION (FED R. CIV. P. 41(a)(1)(A)(ii))**

On September 29, 2026, the parties filed a Joint Stipulation to Partial Dismissal in which they stipulated to the dismissal without prejudice of Petitioners E.R.F., K.R.M., and E.I.C.R. from this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). See Doc. No, 30. Thereafter, Petitioner F.G.M.S. was the sole Petitioner, and the case remained pending as to F.G.M.S. Id.

On October 20, 2026, the Petitioner F.G.M.S. and Respondents filed a Joint Status Report in which they informed the Court that Petitioner F.G.M.S. was released to his sponsor on Saturday October 17, 2026. See Doc. No. 35. The parties thus agreed in that Joint Status Report that "dismissal under Rule 41(a)(1)(A)(ii) is appropriate," and "[t]he instant action shall be dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)." Id.

The Court deems the later statements in the October 20, 2026, Joint Status Report to be a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), resolving this case as to the sole remaining Petitioner, F.G.M.S. All parties having stipulated to the dismissal of this case as to all Petitioners under Rule 41(a)(1)(A)(ii), the case is therefore DISMISSED under that Rule.

**IT IS SO ORDERED.**

:

**Initials of Preparer** LK